**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

WILLIAM TRIER, JEFFREY MCKINSEY, HAROLD
DANIEL, JOHN AUSTIN HARRINGTON, RICHARD
SPARKS, JACOB TRIER, JEFFERY HARRINGTON,
WALTER JOHNSON, STEVEN JOHNSON, CAL TER
HAAR, AARON JOHNSON and JEFF MOYNIHAN

    Plaintiffs,

v.

GENESEE COUNTY, SHERIFF ROBERT PICKELL,
SCOTT HOPE, CHARISSA HOPE and ALLEN &
HOPE PROCESS SERVING MANAGEMENT CO.,
INC. a Michigan corporation,

    Defendants.

Case No.: 2:17-cv-10236

Hon. George Caram Steeh
Magistrate Anthony P. Patti

---

Batey Law Firm, PLLC
SCOTT P. BATEY (P54711)
Attorney for Plaintiff
30200 Telegraph Road, Suite 400
Bingham Farms, MI 48025
(248) 540-6800-telephone
(248) 540-6814-fax
sbatey@bateylaw.com

Plunkett Cooney
AUDREY J. FORBUSH (P41744)
RICHARD G. SZYMCZAK (P29230)
Attorney for Defendant, Genesee County
111 E. Court Street, Suite 1B
Flint, MI 48502
(810) 342-7014-telephone
(810) 232-3159-fax
aforbush@plunkettcooney.com
rszymczak@plunkettcooney.com

Gault Davison, PC
MICHAEL W. EDMUNDS (P55748)
Attorney for Defendant, Sheriff Robert Pickell
8455 S. Saginaw Street, Suite 2
Grand Blanc, MI 48439
(810) 234-3633-telephone
(810) 579-0680-fax
medmunds@edmundslawoffice.com

Kyle R. Riem Attorney at Law, PLC
KYLE R. RIEM (P48341)
Attorney for Defendant's Scott Hope, Charissa
Hope and Allen & Hope Process Serving
Management
8137 Embury Road, Unit 1
Grand Blanc, MI 48439
(810) 694-5678-telephone
(810) 694-7767-fax
kyle@saboriem.com

Steven F. Spender, P.C.
STEVEN F. SPENDER (P20830)
Co-Counsel for Defendant's Scott Hope,
Charissa Hope and Allen & Hope Process
Serving
8137 Embury Road, Unit 1
Grand Blanc, MI 48439
(810) 694-5678-telephone
(810) 694-7767-fax
sspender@spenderlaw.com

**STIPULATION AND ORDER DISMISSING RICO CLAIMS**

The parties hereby agree to the dismissal of the RICO claims without prejudice, without costs to any party, and to the entry of an order consistent with this stipulation.

Dated:  January 5, 2018                        /s/Scott P. Batey  P54711
                                               Batey Law Firm, PLLC
                                               Attorney for Plaintiffs
                                               30200 Telegraph Road, Suite 400
                                               Bingham Farms, MI  48025
                                               (248) 540-6800
                                               sbatey@bateylaw.com

Dated:  January 5, 2018                        /s/Michael W. Edmunds  P55748
                                               Gault Davison, PC
                                               Attorney for Defendant, Pickell
                                               8455 S. Saginaw Street, Suite 2
                                               Grand Blanc, MI  48439
                                               (810) 234-3633
                                               medmunds@edmundslawoffice.com

Dated:  January 5, 2018                        /s/Audrey Forbush  P41744
                                               Plunkett Cooney
                                               Attorney for Defendant, Genesee County
                                               111 East Court Street, Suite 1B
                                               Flint, MI  48502
                                               (810) 232-5100
                                               aforbush@plunkettcooney.com

Dated:  January 5, 2018                        /s/Steven F. Spender  P20830
                                               Steven F. Spender, PC
                                               Co-Counsel for Defendants, Scott Hope, Charissa Hope & Allen/Hope
                                               8137 Embury Road, Unit 1
                                               Grand Blanc, MI  48439
                                               (810) 694-5678
                                               sspender@spenderlaw.com

Dated: January 5, 2018                         /s/Kyle R. Riem  P48341
                                               Kyle R. Riem Attorney at Law, PLC
                                               Attorney for Defendants, Scott Hope, Charissa Hope & Allen/Hope
                                               8137 Embury Road, Unit 1
                                               Grand Blanc, MI  48439
                                               (810) 694-5678
                                               kyle@saboriem.com

**ORDER**

Upon the stipulation of the parties, **IT IS ORDERED** that the RICO claims are dismissed without prejudice, and without costs to any party.


Dated: January 8, 2018          s/George Caram Steeh
                                                United States District Judge