UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM TRIER, JEFFREY MCKINSEY, HAROLD
DANIEL, JOHN AUSTIN HARRINGTON, RICHARD
SPARKS, JACOB TRIER, JEFFERY HARRINGTON,
WALTER JOHNSON, STEVEN JOHNSON, CAL TER
HAAR, AARON JOHNSON and JEFF MOYNIHAN

    Plaintiffs,

v.

GENESEE COUNTY, SHERIFF ROBERT PICKELL,
SCOTT HOPE, CHARISSA HOPE and ALLEN &
HOPE PROCESS SERVING MANAGEMENT CO.,
INC. a Michigan corporation,

    Defendants.

Case No.: 2:17-cv-10236

Hon. George Caram Steeh
Magistrate Anthony P. Patti

## ORDER FOR APPROVAL OF SETTLEMENT AND DISTRIBUTION OF SETTLEMENT FUNDS

WHEREAS this matter having come before the Court on written Motion, written Responses and oral argument, the Court having previously determined that Plaintiffs met all of the qualifications and certified the class and the Court otherwise being fully advised in the premises:

IT IS HEREBY ORDERED AND ADJUDGED that the settlement of $200,000.00 paid to Plaintiffs is approved and shall be paid as follows:

    Defendants, Genesee County and Robert Pickell shall pay a total of $150,000.00; and

    Defendants, Scott Hope, Charissa Hope, and Allen & Hope Process Serving Management Co., Inc. shall pay a total of $50,000.00.

IT IS FURTHER ORDERED AND ADJUDGED that distribution of the settlement funds shall be as follows:

    a. $9,774.22 to each named Plaintiff/Class Representative;

    b. $730.00 to the class members that have not opted out;

  c. $66,666.60 in attorney fees to the Batey Law Firm, PLLC; and

  d. $9,472.60 reimbursed to the Batey Law Firm, PLLC in costs.

_____
Honorable George Caram Steeh

JAN 2 9 2018
_____
Dated