UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM TRIER, et al.,

    Plaintiffs,

v.

Case No. 17-CV-10236
HON. GEORGE CARAM STEEH

GENESEE COUNTY, et al.,

    Defendants.

_____/

## JUDGMENT

The above entitled matter has come before the court on Plaintiffs' unopposed motion for approval of class action settlement, and in accordance with the court's order granting Plaintiffs' motion and dismissing this action entered on January 29, 2018,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of Plaintiffs.

IT IS FURTHER AND ADJUDGED that Defendants Genesee County and Robert Pickell shall pay Plaintiffs a total of $150,000 and Defendants Scott Hope, Charissa Hope, and Allen & Hope Process Serving Management Co., Inc. shall pay a total of $50,000 to Plaintiffs.

IT IS FURTHER ORDERED AND ADJUDGED that distribution of the settlement funds be as follows: $9,774.22 to each named plaintiff/class representative, $730.00 to the class members who have not opted out, $66,666.60 in attorney's fees to the Batey Law Firm, PLLC, and $9,472.60 as reimbursement to the Batey Law Firm, PLLC of costs.

                              DAVID J. WEAVER
                              CLERK OF THE COURT

                    BY:   s/Marcia Beauchemin
                              DEPUTY COURT CLERK

Dated:   February 6, 2018

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 6, 2018, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk