UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM TRIER, JEFFREY MCKINSEY, HAROLD
DANIEL, JOHN AUSTIN HARRINGTON, RICHARD
SPARKS, JACOB TRIER, JEFFERY HARRINGTON,
WALTER JOHNSON, STEVEN JOHNSON, CAL TER
HAAR, AARON JOHNSON and JEFF MOYNIHAN

   Plaintiffs,

v.

GENESEE COUNTY, SHERIFF ROBERT PICKELL,
SCOTT HOPE, CHARISSA HOPE and ALLEN &
HOPE PROCESS SERVING MANAGEMENT CO.,
INC. a Michigan corporation,

   Defendants.

Case No.: 2:17-cv-10236

Hon. George Caram Steeh
Magistrate Anthony P. Patti

SCOTT P. BATEY  (P54711)
**BATEY LAW FIRM, PLLC**
Attorney for Plaintiffs
30200 Telegraph Road – Suite 400
Bingham Farms, MI  48025
(248) 540-6800
(248) 540-6814 – fax
sbatey@bateylaw.com

KYLE R. RIEM  (P48341)
**KYLE R. RIEM ATTORNEY AT LAW, P.C.**
Attorney for Defendants Scott Hope and Allen & Hope
8137 Embury Road – Unit 1
Grand Blanc, MI  48439
(810) 694-5678
(810) 694-7767 – fax
kyle@saboriem.com

STEVEN F. SPENDER  (P20830)
**STEVEN F. SPENDER, P.C.**
Co-Counsel for Defendants Scott Hope and Allen & Hope
8137 Embury Road – Unit 1
Grand Blanc, MI  48439
(810) 694-5678
(810) 694-7767 – fax
sspender@spenderlaw.com

AUDREY J. FORBUSH  (P41744)
**PLUNKETT COONEY**
Attorney for Defendant, Genesee Co.
Plaza One Financial Center
111 E. Court Street – Suite 1B
Flint, MI  48502
(810) 342-7014
(810) 232-3159 – fax
aforbush@plunkettcooney.com

MICHAEL W. EDMUNDS  (P55748)
**GAULT DAVISON, P.C.**
Attorney for Defendant Pickell
G8455 S. Saginaw Street – Suite 2
Grand Blanc, MI  48439
(810) 234-3633 - 211
(810) 579-0680 – fax
MEdmunds@EdmundsLawOffice.com

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

The parties agree to dismiss this lawsuit WITH prejudice.  In addition, the parties further agree that docket # 83, which previously dismissed the RICO claims without prejudice, shall be converted to a dismissal WITH prejudice.

Dated:  January 31, 2018         /s/ Scott Batey
Scott P. Batey  P54711
Batey Law Firm, PLLC
Attorney for Plaintiffs
30200 Telegraph Road, Suite 400
Bingham Farms, MI  48025
(248) 540-6800
sbatey@bateylaw.com

Dated:  January 31, 2018         /s/ Michael Edmunds

Michael W. Edmunds  P55748
Gault Davison, PC
Attorney for Defendant, Pickell
8455 S. Saginaw Street, Suite 2
Grand Blanc, MI  48439
(810) 234-3633
medmunds@edmundslawoffice.com

Dated:  January 31, 2018         /s/ Audrey Forbush

Audrey Forbush  P41744
Plunkett Cooney
Attorney for Defendant, Genesee County
111 East Court Street, Suite 1B
Flint, MI  48502
(810) 232-5100
aforbush@plunkettcooney.com

Dated:  January 31, 2018         /s/ Steven Spender

Steven F. Spender  P20830
Steven F. Spender, PC
Co-Counsel for Defendants, Scott Hope,
Charissa Hope & Allen/Hope
8137 Embury Road, Unit 1
Grand Blanc, MI 48439
(810) 694-5678
sspender@spenderlaw.com

Dated: January 31, 2018 /s/ Kyle Riem

Kyle R. Riem  P48341
Kyle R. Riem Attorney at Law, PLC
Attorney for Defendants, Scott Hope, Charissa Hope & Allen/Hope
8137 Embury Road, Unit 1
Grand Blanc, MI 48439
(810) 694-5678
kyle@saboriem.com

## **ORDER**

Upon the stipulation of the parties, **IT IS ORDERED** that this lawsuit, including all of the claims previously dismissed by docket # 83, is dismissed WITH prejudice, without costs or attorney fees to any party.

Dated:  March 2, 2018                              s/George Caram Steeh
                                                                    Hon. George Caram Steeh
                                                                    United States District Judge